UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DONTE LOVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GUBMK CONSTRUCTORS, )<br>)<br>Defendant. ) | No. 3:05-cv-399<br>(Phillips/Guyton) |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 116] of the Honorable Thomas W. Phillips, United States District Judge, for disposition of several pretrial motions filed by the defendant. [Docs. 63, 67, 68, 81, 82, 106, 109, 113, 115]. The Court heard oral argument on these motions on June 29, 2007.

Based upon the pleadings filed in this case, the arguments of counsel, and for good cause shown, it is hereby **ORDERED**:

(1) Defendant's Motion in Limine and Motion to Strike Witnesses From Plaintiff's Witness List [Doc. 63] is **GRANTED** with respect to Dr. Freeman. In all other respects, this motion [Doc. 63] is **DENIED**;

(2) Defendant's Motion in Limine Regarding Plaintiff's Rule 26(a)(3)(B) Disclosures [Doc. 67] is **GRANTED**;

(3) Defendant's Motion in Limine Regarding Exhibits 5 and 6 of Plaintiff's Rule 26(a)(3)(C) Disclosures [Doc. 68] is **DENIED** as premature;

(4) Motion to Strike Pretrial Order Filed on December 27, 2006 [Doc. 81] is **GRANTED**;

(5) Motion in Limine to Exclude Any Evidence Regarding Plaintiff's Claim for a Hostile Work Environment [Doc. 82] is **GRANTED**;

(6) Motion in Limine Regarding Plaintiff's Tennessee Human Rights Commission Filings and Exhibits 5 and 6 Listed on Plaintiff's Second Rule 26(a)(3) Disclosures [Doc. 106] is **DENIED** as premature;

(7) Motion to Strike and Motion in Limine Regarding Plaintiff's Rule 26(a)(2) Disclosure [Doc. 109] is **GRANTED**;

(8) Motion to Deem the Requests to Admit Propounded to the Plaintiff as Admitted [Doc. 113] is **GRANTED**; and

(9) Motion to Strike Document No. 112 Entitled First Amended Complaint [Doc. 115] is **GRANTED**.

**IT IS SO ORDERED.**

                                                  **ENTER:**

                                                s/ H. Bruce Guyton
                                        United States Magistrate Judge