# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

DONTE LOVE

**JUDGMENT IN A CIVIL CASE**

V.

G UB MK CONSTRUCTORS

CASE NUMBER: 3:05-CV-399

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant, G UB MK Constructors, and

against plaintiff, Donte Love, and costs of this cause.

July 11, 2007
Date

Patricia L. McNutt, Clerk

By     J. Jackson,          Deputy Clerk